IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| MARLA W. HUNTER, | : | |
| Plaintiff, | : | Civil No. 06-5908 (RBK) |
| v. | : | **ORDER** |
| PETER D. KEISLER, Acting Attorney General, Department of Justice, | : | |
| Defendant. | : | |

**O R D E R**

THIS MATTER having come before the Court upon motion for summary judgment by Defendant Peter Keisler, Acting Attorney General, Department of Justice ("Defendant"); and the Court having considered the moving papers and the opposition thereto; and for the reasons stated in the accompanying opinion;

IT IS HEREBY **ORDERED** that **DEFENDANT'S** motion is **GRANTED**.


Dated:  10/26/2007                                /s/ Robert B. Kugler
                                       ROBERT B. KUGLER
                                       United States District Judge